McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA (KILLINGSWORTH) McGILL,<br><br>         Plaintiff,<br><br>    v.<br><br>FAMILY HEALTH CARE NETWORK, PUBLIC HEALTH SERVICE, KAWEAH DELTA HEALTH CARE DISTRICT, JOHN WELLS, M.D., and DOES 1 through 100, inclusive,<br><br>         Defendants. | No. 1:06-CV-00151-AWI-DLB<br><br><br>STIPULATION TO AMEND COMPLAINT; ORDER |

It is stipulated between the undersigned counsel as follows:

1. At the time of the incident that is the subject of plaintiff's COMPLAINT FOR MEDICAL MALPRACTICE, defendants FAMILY HEALTH CARE NETWORK and JOHN WELLS were deemed to be employees of the United States Public Health Service, an agency of the United States of America, pursuant to 42 U.S.C. § 233(g); were acting within the scope of their federal employment as employees of the United States of America; and were covered under the Federal Tort Claims Act for liability for medical malpractice.

2. An employee of the United States acting in the scope of

1 federal employment is absolutely immune under the Federal Tort
2 Claims Act from liability for common law torts.  42 U.S.C. §
3  233(g)(a)(A); 28 U.S.C. § 2679(b)(1).  Under the Federal Tort
4 Claims Act, the United States of America is therefore the only
5 proper defendant.  Defendants FAMILY HEALTH CARE NETWORK, JOHN WELLS
6 and the PUBLIC HEALTH SERVICE should therefore be dismissed from
7 this action, and the UNITED STATES OF AMERICA substituted in their
8 place as the proper defendant.
9     3. It is therefore stipulated that Plaintiff's Complaint be
10 amended to dismiss Defendants FAMILY HEALTH CARE NETWORK, JOHN WELLS
11 and the PUBLIC HEALTH SERVICE; and to substitute as the proper
12 Defendant the UNITED STATES OF AMERICA.
13     4. A jury trial is not permitted in a suit against the United
14 States under the Federal Tort Claims Act.  28 U.S.C. § 2402.  It is
15 therefore further stipulated that Plaintiff's Complaint be amended
16 to strike Plaintiff's request for a jury trial <u>relating to</u>
17 <u>Plaintiff's claims against the UNITED STATES</u> (formerly defendants
18 FAMILY HEALTH CARE NETWORK and JOHN WELLS).

19 DATED: June 29, 2006          McGREGOR W. SCOTT
                                 United States Attorney

                                 By:   /s/ John F. Gilsa
                                 JOHN F. GISLA
                                 Assistant United States Attorney
                                 Attorneys for the United States


25 DATED: June 28, 2006     LAW OFFICES OF DAVID J. ST. LOUIS, INC.


                                 By:   /s/ Lynette D. Hecker
                                 LYNETTE D. HECKER
                                 Attorneys for Plaintiff

2

## ORDER

Pursuant to the foregoing stipulation:

1. Defendants FAMILY HEALTH CARE NETWORK, JOHN WELLS and the PUBLIC HEALTH SERVICE are dismissed from this action, and the UNITED STATES OF AMERICA is substituted in their place as the proper Defendant.

2. Plaintiff's request for a jury trial <u>relating to Plaintiff's claims against the UNITED STATES</u> (formerly defendants FAMILY HEALTH CARE NETWORK and JOHN WELLS) is stricken.

IT IS SO ORDERED.

Dated:   July 14, 2006                    /s/ Dennis L. Beck
3b142a                              UNITED STATES MAGISTRATE JUDGE