UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TINA KILLINGSWORTH-MCGILL | ) | **NEW CASE NO.  1:06-cv-00151 DLB** |
| Plaintiff | ) | |
| | ) | ORDER ASSIGNING CASE |
| vs | ) | RE PRESIDING JUDGE |
| | ) | |
| FAMILY HEALTH CARE NETWORK | ) | Old Case No.  1:06-cv-00151-AWI-DLB |
| | ) | |
| Defendant | ) | |
| | ) | |

IT IS HEREBY ORDERED that the above-entitled action be assigned  to the docket of Judge DENNIS L. BECK as Presiding Judge of the above entitled action.  Plaintiffs filed their consent on April 12, 2006, and Defendants filed their consent on April 26, 2006,  under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:
## 1:06-cv-00151-DLB

IT IS SO ORDERED.

**Dated:   July 14, 2006**                                        /s/ Anthony W. Ishii
0m8i78                                                       UNITED STATES DISTRICT JUDGE