1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States

6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   TINA KILLINGSWORTH-McGILL,              No. 1:06-CV-00151-AWI-DLB
12
           Plaintiff,
13                                          JOINT STIPULATION TO ELECT
       v.                                   REFERRAL OF ACTION TO VDRP
14                                          PURSUANT TO LOCAL RULE 16-
   UNITED STATES OF AMERICA & KAWEAH        271; ORDER
15 DELTA HEALTH CARE DISTRICT,

16         Defendants.

17
         Pursuant to Local Rule 16-271, the parties hereby jointly agree
18
   to submit the above-entitled action to the Voluntary Dispute
19
   Resolution Program (VDRP).
20
   DATED: September 1, 2006       McGREGOR W. SCOTT
21                                United States Attorney

22

23

24                                By:    /s/ John F. Gisla
                                  JOHN F. GISLA
25                                Assistant United States Attorney
                                  Attorneys for the United States
26

27

28

                                    1

```
 1
 2  DATED: August 28, 2006    LAW OFFICES OF DAVID J. ST. LOUIS, INC.
 3
 4                      By:   /s/ Lynette D. Hecker
                              LYNETTE D. HECKER
 5                            Attorneys for Plaintiff
 6
 7
    DATED: August 30, 2006    NELSON, ROZIER & BETTENCOURT
 8
 9
10                      By:   /s/ Jeffrey S. Nelson
                              JEFFERY S. NELSON
11                            Attorneys for
                              KAWEAH DELTA HEALTH CARE DISTRICT
12
13
14                              ORDER
15      Pursuant to the foregoing stipulation, this case is referred to
16   the Voluntary Dispute Resolution Program.
17        IT IS SO ORDERED.
18      Dated:  September 14, 2006            /s/ Dennis L. Beck
    3b142a                            UNITED STATES MAGISTRATE JUDGE
19
```