| | |
|---|---|
| 1 | DAVID J. ST. LOUIS, #041122 |
|  | LYNETTE D. HECKER, #182198 |
| 2 | LAW OFFICES OF DAVID J. ST. LOUIS, INC. |
|  | 7100 N. Financial Drive, Suite 105 |
| 3 | Fresno, California  93720 |
|  | (559) 431-5563 |
| 4 | (559) 431-2267 (Facsimile) |
| 5 | Attorneys for: Plaintiff, TINA (KILLINGSWORTH) MAGILL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

OF THE STATE OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| TINA (KILLINGSWORTH) MAGILL, ) | CASE NO:  1:06-CV-00151 DLB |
| ) | |
| Plaintiff, ) | STIPULATION TO SET EXPERT |
| ) | WITNESS DISCOVERY DEADLINE |
| v. ) | ON |
| ) | AUGUST 17, 2007 |
| FAMILY HEALTHCARE NETWORK, ) | and |
| PUBLIC HEALTH SERVICES, KAWEAH ) | ORDER  THEREON |
| DELTA HEALTH CARE DISTRICT, ) | |
| JOHN WELLS, M.D. and DOES 1 through ) | |
| 100, inclusive, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, that the expert witness discovery deadline shall be the mutually agreed date of August 17, 2007.

//

//

Re:

1

I SO STIPULATE:

DATED: September _____, 2006    LAW OFFICES OF DAVID J. ST. LOUIS, INC.

                                                          By: /s/ LYNETTE D. HECKER
                                                          LYNETTE D. HECKER, attorney for plaintiff
                                                          TINA (KILLINGSWORTH) MAGILL

DATED: September _____, 2006    UNITED STATES OF AMERICA

                                                           By: /s/ JOHN GISLA
                                                          JOHN GISLA, attorney for defendant
                                                          United States of America

DATED: September _____, 2006    NELSON, ROZIER & BETTENCOURT

                                                           By: /s/ JEFFREY S. NELSON
                                                          JEFFREY S. NELSON, attorney for defendant
                                                          Kaweah Delta Health Care District

## O R D E R

IT IS HEREBY ORDERED, pursuant to the above stipulation, that the expert witness discovery deadline in the above matter is August 17, 2007.

DATED: October 2, 2006    /s/ *Dennis L. Beck*
                                                 THE HONORABLE JUDGE DENNIS L. BECK

Re: