McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| TINA KILLINGSWORTH-McGILL, | No. 1:06-cv-00151-DLB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA & KAWEAH DELTA HEALTH CARE DISTRICT, | |
| Defendants. | |

Pursuant to the terms of a written Settlement Agreement, and pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the complaint in this action be dismissed with prejudice, with the parties bearing their own fees and costs.

DATED:  March 7, 2007         McGREGOR W. SCOTT
                              United States Attorney


                        By:  /s/John F. Gisla
                             JOHN F. GISLA
                             Assistant United States Attorney
                             Attorneys for the United States

1

```
 1  DATED: 02/23/07        LAW OFFICES OF DAVID J. ST. LOUIS, INC.
 2
 3
                           By:   /s/Lynette D. Hecker
 4                               LYNETTE D. HECKER
                                 Attorneys for Plaintiff
 5
 6
 7  DATED: 02/28/07        NELSON, ROZIER & BETTENCOURT
 8
 9
                           By:   /s/Jeffery S. Nelson
10                               JEFFERY S. NELSON
                                 Attorneys for
11                               KAWEAH DELTA HEALTH CARE DISTRICT
12
13
                           ORDER OF DISMISSAL
14
       Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this
15
    action is dismissed with prejudice.
16
17       IT IS SO ORDERED.

18       Dated:   March 8, 2007              /s/ Dennis L. Beck
    3b142a                             UNITED STATES MAGISTRATE JUDGE
19
```